ACCEPTED
04-15-00586-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/17/2015 5:26:44 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 2015-CI-07410

| | | |
|---|---|---|
| **RICHARD DOMINGUEZ AND MARY LOU DOMINGUEZ,** | § § § § § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs** | | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>09/17/2015 5:26:44 PM<br>KEITH E. HOTTLE<br>Clerk |
| **v.** | § § § | **73RD JUDICIAL DISTRICT** |
| **CITY OF SAN ANTONIO,** | § § § § § § | |
| **Defendant** | § | **BEXAR COUNTY, TEXAS** |

### PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

1.  Plaintiffs desire to appeal from the following Judgments and Orders of this Court:

    a) Order Granting Defendant's Plea to Jurisdiction of June 29, 2015
    b) Orders Denying Plaintiff's Motion for Rehearing of September 10, 2015

2.  Petitioner appeals to the Fourth Court of Appeals.



Respectfully Submitted


_____
Kenneth E. Grubbs
Attorney for Plaintiffs
SBN: 00798225
Woodcock Building
4241 Woodcock Drive, Ste C-120
San Antonio, Texas 78228
(210) 490-1292
(210) 499-4587 (fax)


## CERTIFICATE OF SERVICE


This is to certify that the above and foregoing has been served on the attorney for the Defendants on the _14th_ day of _Sept_ 2015, in accordance with the Texas Rules of Civil Procedure.


_____
Respectfully Submitted